

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-87,073-01

**EX PARTE JAMES REID, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NUMBER 2012-672-C2 IN THE 54TH DISTRICT COURT
FROM MCLENNAN COUNTY**

*Per curiam.*

**O R D E R**

This is a post-conviction application for a writ of habeas corpus forwarded to this Court pursuant to TEX. CODE CRIM. PROC. art. 11.07, § 3, *et seq.* Applicant was convicted of three counts of indecency with a child, and punishment was assessed at sixteen years' confinement for each count. The Tenth Court of Appeals affirmed his convictions. *Reid v. State*, No. 10-14-00107-CR (Tex. App.—Waco Oct. 29, 2015)(not designated for publication).

The Court received this writ application on July 10, 2017. On July 19, 2017 this Court

dismissed it for failing to comply with the rules of appellate procedure. The Court did not give timely notice to habeas counsel of this dismissal. Counsel has now corrected the error which caused the application to be dismissed. After reconsideration on its own motion, the Court finds that the application should be denied on the merits. Accordingly, the Court withdraws its prior order dismissing this application for failing to comply with the rules of appellate procedure and enters an order denying this application based both on the trial court's findings and its own review of the record.

Applicant's writ application is denied.

DO NOT PUBLISH
DELIVERED: September 13, 2017